**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**BRUCE ELLIS,** *doing business as Delta Cinema***, ET AL.**                                    **PLAINTIFFS**

**V.**                                                       **NO. 4:20CV00032-DMB-JMV**

**CLARKSDALE PUBLIC UTILITIES, ET AL.**                         **DEFENDANTS**

**ORDER**

Before the Court is Plaintiffs' "Motion Request for Case Management Conference" [29]. A case management conference was held in this case on April 29, 2020. *See* Dckt. Entry No. [10]. To the extent Plaintiffs are seeking a supplemental case management conference, Plaintiffs have failed to show one is necessary. Accordingly, the motion is denied. To the extent Plaintiffs seek any other form of relief from the Court, they must file a motion requesting the same.

**SO ORDERED** this, the 20th day of May, 2020.

                                                   **/s/ Jane M. Virden**
                                                   **U. S. MAGISTRATE JUDGE**