# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**BRUCE ELLIS,** *doing business*
*as Delta Cinema***, ET AL.**                                                    **PLAINTIFFS**

**V.**                                                       **NO. 4:20CV00032-DMB-JMV**

**CLARKSDALE PUBLIC UTILITIES, ET. AL.**                                  **DEFENDANTS**


## ORDER LIFTING STAY

This matter is before the Court consistent with the Order [51] staying discovery pending a ruling on Clarksdale's dispositive motion. The District Judge has now ruled on the motion. *See* Doc. #63. Accordingly, the stay of discovery should be lifted.

**IT IS, THEREFORE, ORDERED** that the stay of discovery is hereby **LIFTED**.

This 20th day of November, 2020.


                                        /s/ Jane M. Virden
                                        **UNITED STATES MAGISTRATE JUDGE**