IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BRUCE ELLIS and WILLIE ELLIS**                                              **PLAINTIFFS**
**dba Delta Cinema**

**V.**                                          **NO: 4:20-CV-32-DMB-JMV**

**CLARKSDALE PUBLIC UTILITIES,**
**CLARKSDALE PUBLIC WORKS, and**
**CITY OF CLARKSDALE**                                          **DEFENDANTS**

## ORDER

On January 25, 2021, United States Magistrate Judge Jane M. Virden issued an order which, among other things, extended the dispositive motions deadline to July 15, 2021. Doc. #108. On August 6, 2021, approximately three weeks after the dispositive motions deadline, the Ellises filed a motion for judgment on the pleadings. Doc. #222. Then, on August 27, 2021, they filed a supplement to the August 6 motion. Doc. #233. Because these filings occurred after the dispositive motions deadline and because the Ellises never sought—much less received—leave from the Court to file them after the deadline, their motion for judgment on the pleadings [222] and its supplement [233], along with all memoranda filed in support [223][234], are **STRICKEN**.

**SO ORDERED**, this 27th day of September, 2021.

                                                           /s/Debra M. Brown
                                                           **UNITED STATES DISTRICT JUDGE**